**Exhibit "H"**



1717 Arch Street, Suite 3300
Philadelphia, PA 19103
(215) 279-9393
Fax: (215) 279-9394
www.flastergreenberg.com

**Jordan A. LaVine | Co-Managing Shareholder**
**D**: 215.279.9389 | **M**: 610.329.8034
Member of PA, NJ and NY bars

September 23, 2024

**By Email to dan@robertsiplegal.com**

Daniel W. Roberts, Esq.
Law Offices of Daniel W. Roberts
904 Topaz St.
Superior, CO 80027

Re:   Intellectual Property Rights of 1231 Barrage Incorporated

Dear Mr. Roberts:

We are writing to follow up on our letter of September 4, 2024, a copy of which is attached. We asked for a response from you by September 17, 2024, but you have not responded or otherwise attempted to contact us.

We are writing to reiterate 1231's concerns and request that Good Baby Management agree to not use the ***Garage Sale Vintage*** trademark in Philadelphia. In addition to the numerous points made in our prior letter substantiating that there is a likelihood of confusion between the respective marks, we want to make clear that 1231 has successfully enforced its trademark rights in the past and is prepared to take any necessary steps to do so again. Particularly here, where your client's proposed establishment would be directly across the street from 1231's Fishtown location – the establishments would be facing each other on opposite corners of Frankford at the same southern intersection with Girard Avenue -- there would be a full view of 1231's signage and name from the doors and windows of your client's proposed location (see attached photograph of the intersection), and this proximity exacerbates the likelihood of confusion between the trademarks. Your client's use of the ***Garage Sale Vintage*** mark would cause irreparable harm to 1231.

If we do receive a satisfactory response to this letter and our prior letter by the end of this week, 1231 will presume that your client is unwilling to forego the infringing conduct, and we will proceed accordingly.

Very truly yours,

Jordan A. LaVine

Enclosures