# Exhibit "K"

# LaVine, Jordan

| | |
|---|---|
| **From:** | Leo Addimando <leo@alterraproperty.com> |
| **Sent:** | Wednesday, October 2, 2024 7:42 PM |
| **To:** | LaVine, Jordan; Ladzenski, Linda |
| **Cc:** | Jeff Pustizzi; Connor Burke; dan@robertsiplegal.com |
| **Subject:** | Garage Sale Vintage |

 External email

You don't often get email from leo@alterraproperty.com. Learn why this is important

Jordan,

I have recently been made aware of your position on the common law trademark that you're claiming for your clients at the garage bar. Let me be clear and to the point. You have no credible case and you should be embarrassed as an attorney to even try and head fake our tenant into thinking that this is an issue. Please know and tell your clients that either they back down, or I will personally go to the mat against you and them to make sure our tenant Garage Sale Vintage not only opens, but is compensated for your legal maneuvering. So this can go down amicably, or you can persist in your ridiculous and borderline malpractice position on this issue, in which case I will use all legal remedies to make this right. Get a life.

Leo Addimando
Managing Partner
Alterra Property Group, LLC
414 S. 16th St, Suite 100
Philadelphia, PA 19146
O: 267-519-9827 x 7001
C: 773-251-6643
F: 312-873-3945
IOS: 773-985-4142
leo@alterraproperty.com